# Third District Court of Appeal

## State of Florida

Opinion filed June 21, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1125
Lower Tribunal No. 21-24767
_____

**José Yeyille,**
Appellant,

vs.

**Justin Cole Speigel, M.D.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

José Yeyille, in proper person.

Diaz Law Group and Rolando A. Diaz; Hicks, Porter, Ebenfeld & Stein, P.A., and Dinah S. Stein and Aneta McCleary, for appellee.

Before SCALES, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.